THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SAMUEL KRASSNER, Appellant.

(Argued May 28, 1934; decided July 3, 1934.)

*Henry Waldman* and *Lester J. Waldman* for appellant.
*John R. Schwartz, District Attorney (Thomas A. Lavery* and *Joseph A. McCabe* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. LEHMAN and LOUGHRAN, JJ., dissent on the ground that the offense constituted only a misde meanor under section 75 of the Personal Property Law (Cons. Laws, ch. 41).